IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RYK ST. VINCENT**                                                                             **PLAINTIFF**

**V.**                        **4:17CV00676 JM**

**U.S. BANK TRUST, N.A.,**
**As Trustee for LSF8 Master**
**Participation Trust; and**
**DOE DEFENDANTS**                                                      **DEFENDANTS**

## **ORDER**

The plaintiff Ryk St. Vincent and the defendant U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust, upon reaching a mutually agreeable resolution, have jointly requested that this Court enter an order dismissing this case, in its entirety, with prejudice.

Having considered the request, this Court finds that this case should be dismissed with prejudice, with each party bearing its own costs.

The Motion to Enter Agreed Order (ECF No. 8) is GRANTED. All other pending motions are MOOT. The Clerk is directed to close the case.

IT IS SO ORDERED this 20th day of November 2017.

James M. Moody Jr.
United States District Judge